IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-717-BO-KS

| | |
|---|---|
| JORDAN DUBLIN, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>EARLY WARNING SERVICES LLC, )<br>Defendant. ) | O R D E R |

This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Kimberly A. Swank. [DE 12]. Plaintiff, who proceeds in this action *pro se*, has failed to respond to the memorandum and recommendation (M&R), and the time for doing so has expired.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). "[W]hen reviewing pro se objections to a magistrate's recommendation, district courts must review de novo any articulated grounds to which the litigant appears to take issue." *Elijah v. Dunbar*, 66 F.4th 454, 460–61 (4th Cir. 2023). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to

explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

The M&R recommends that plaintiff's motion to proceed *in forma pauperis* be denied. As no objection has been filed, the Court reviews the M&R for clear error and finds none. The M&R is therefore adopted in its entirety.

## CONCLUSION

For the foregoing reasons, the M&R is ADOPTED. Plaintiff's motion to proceed *in forma pauperis* [DE 2] is DENIED. Plaintiff is ORDERED to pay the filing fee not later than April 25, 2025. Failure to do so will result in dismissal of this action.

SO ORDERED, this 15 day of April 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE