IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-717-BO-KS

| | |
|---|---|
| JORDAN DUBLIN,<br>    Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES LLC,<br>    Defendant. | O R D E R |

This cause comes before the Court on plaintiff's failure to pay the filing fee. *See* [DE 17]. Plaintiff, who proceeds in this action *pro se*, has been notified that failure to pay the filing fee within the time provided would result in dismissal of this action. *Id.* The time for payment of the filing fee has expired, and plaintiff has neither paid the filing fee nor requested an extension of time within which to do so.

## CONCLUSION

Accordingly, this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b). Defendant's motion to dismiss [DE 9] and plaintiff's motion for leave to file sur-reply [DE 16] are DENIED AS MOOT. The clerk is DIRECTED to close this case.

SO ORDERED, this ⸺ day of May 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE