UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JORDAN DUBLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| EARLY WARNING SERVICES, LLC, | ) | 5:24-CV-717-BO-KS |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on plaintiffs failure to pay the filing fee. *See* [DE 17]. Plaintiff, who proceeds in this action *pro se,* has been notified that ~ailure to pay the filing fee within the time provided would result in dismissal of this action. *Id.* The time for payment of the filing fee has expired, and plaintiff has neither paid the filing fee nor requested an extension of time within which to do so.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b). Defendant's motion to dismiss [DE 9] and plaintiffs motion for leave to file sur-reply [DE 16] are DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on May 5, 2025, and served on:**
Jordan Dublin  (via CM/ECF Notice of Electronic Filing)


PETER A. MOORE, JR., CLERK

May 5, 2025

  /s/ Lindsay Stouch
By: Deputy Clerk